1050

[No. 19789-1-III. Division Three. May 21, 2002.]

*In the Matter of the Marriage of* JENELLE L. ENSZ, *Respondent,* and ROGER D. ENSZ, *Appellant.*

Appeal from a judgment of the Superior Court for Adams County, No. 99-3-00011-8, Richard W. Miller, J., entered December 4, 2000. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 19487-6-III. Division Three. May 23, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSENDO DELGADO, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00736-6, F. James Gavin, J., entered August 4, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 20248-8-III. Division Three. May 23, 2002.]

ANDREW VOLINE, *Respondent,* v. KENNETH WEGELEBEN, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 99-2-00911-7, Michael W. Leavitt, J., entered May 11, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 20302-6-III. Division Three. May 23, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS ELDON LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01126-2, Salvatore F. Cozza, J., entered June 27, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.